UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL BAUCICAULT, Jr., | ) |
|       Petitioner, | ) |
| v. | ) C.A. No. 05-10041-DPW |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL., | ) |
|       Respondents. | ) |

O R D E R

Woodlock, D. J.

On January 3, 2005 petitioner Daniel Baucicault, Jr., an immigration detainee confined at Plymouth County House of Corrections, filed a petition for a writ of habeas corpus under Section 2241, naming the United States Attorney General as a respondent.

ACCORDINGLY,

(1) The Clerk shall serve a copy of this order and the petition by certified mail upon the respondent, Joseph McDonough, Sheriff, and Immigration and Customs Enforcement; AND counsel for the Respondent: (i) the United States Attorney; AND (ii) Frank Crowley, Department of Homeland Security, Special Assistant United States Attorney, P.O. Box 8728, JFK Station, Boston, MA 02114 by certified mail AND

(2) The Respondents shall file an answer or other responsive pleading within 28 days of receipt of the petition; and

(3) The Respondents shall provide the Court with at least 48 hours advance notice of any scheduled deportation or removal of petitioner.

SO ORDERED.

January 10, 2005            /s/ Douglas P. Woodlock
Date                            United States District Judge