UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| DANIEL BAUCICAULT, JR, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>IMMIGRATION AND CUSTOMS )<br>ENFORCEMENT, ET AL., )<br>)<br>)<br>Respondents[1] ) | Civil Action No.<br>05cv10041-DPW |

## MOTION TO DISMISS

Respondent moves to dismiss this action pursuant to Fed. R. Civ. P. rule 12(b)(6) for failure to state a claim upon which relief may be granted.

           Respectfully submitted,

           MICHAEL J. SULLIVAN
           United States Attorney

      By: s/Frank Crowley
         FRANK CROWLEY
         Special Assistant U.S. Attorney
         Department of Homeland Security
         P.O. Box 8728
         J.F.K. Station
         Boston, MA 02114
         (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on February 1, 2005.

                                        s/Frank Crowley
                                        FRANK CROWLEY
                                        Special Assistant U.S. Attorney
                                        Department of Homeland Security
                                        P.O. Box 8728
                                        J.F.K. Station
                                        Boston, MA 02114