UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DANIEL BAUCICAULT, JR, | ) |
|       Petitioner | ) |
| | )   Civil Action No. |
|       v. | )   05cv10041-DPW |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, ET AL., | ) |
| Respondents[1] | ) |

RESPONDENT'S NOTICE OF INTENT TO EXECUTE REMOVAL ORDER

Respondent hereby informs the Court of its intention to execute the final order of removal against petitioner **on February 28, 2005**.

                    Respectfully submitted,

                    MICHAEL J. SULLIVAN
                    United States Attorney

        By:  s/Frank Crowley
              FRANK CROWLEY
              Special Assistant U.S. Attorney
              Department of Homeland Security
              P.O. Box 8728
              J.F.K. Station
              Boston, MA 02114
              (617) 565-2415

---

[1] The responsive official of the Department of Homeland Security responsible for enforcement of petitioner's removal order in the instant action is Bruce Chadbourne, Field Office Director for Detention and Removal, Department of Homeland Security, Bureau of Immigration and Customs Enforcement ("ICE") in Boston, Massachusetts. See 28 U.S.C. § 517 (providing for the appearance of the Department of Justice "to attend to the interests of the United States in a suit pending in a court of the United States").

**CERTIFICATE OF SERVICE**

I hereby certify that I caused true copy of the above document to be served upon pro se petitioner by mail on February 1, 2005.

                                        s/Frank Crowley
                                        FRANK CROWLEY
                                        Special Assistant U.S. Attorney
                                        Department of Homeland Security
                                        P.O. Box 8728
                                        J.F.K. Station
                                        Boston, MA 02114