UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DANIEL BAUCICAULT, JR. | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 05-10041-DPW |
| BRUCE CHADBOURNE | ) | |

**ORDER OF DISMISSAL**

WOODLOCK, District Judge

In accordance with this Court's Ruling on February 17, 2005 Allowing Defendant's Motion to Dismiss (5), it is hereby ORDERED that the above-entitled action be, and it hereby is, DISMISSED in its entirety.

                                        BY THE COURT,
                                        /s/ Michelle Rynne
Dated: February 17, 2005       Deputy Clerk